UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

:

DENISSE A. PAYANO ROSARIO,                                    :

:

:

Plaintiff,                    :

:                    1:24-cv-02563-GHW

-against-                     :

:                         ORDER

JOHN DOE *a fictitious name, true name unknown*;             :

WERNER ENTERPRISES INC.; *and*                               :

WERNER ENTERPRISES LLC,                                      :

:

Defendants.                   :

:

---------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/5/2024

GREGORY H. WOODS, United States District Judge:

This action was removed from the Supreme Court of the State of New York, County of

Bronx, on April 4, 2024.  Dkt. No. 1.  Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to

demand a jury trial in this matter, the demand must be served and filed no later than April 18, 2024.

Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case.

Counsel for Defendant Werner Enterprises Inc. is directed to serve a copy of this order on

Plaintiff, and to retain proof of service.  Counsel for Plaintiff is directed to serve a copy of this

order on Defendant Werner Enterprises LLC.

SO ORDERED.

Dated:  April 5, 2024
        New York, New York

_____
GREGORY H. WOODS
United States District Judge