```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                       :
DENISSE A. PAYANO ROSARIO,              :
                                                                       :
                                                 Plaintiff,    :           1:24-cv-02563-GHW
                                                                       :
                                         -v-                                :           <u>ORDER</u>
                                                                       :
JOHN DOE, *a fictitious name, true name unknown*;   :
WERNER ENTERPRISES INC.; *and* WERNER      :
ENTERPRISES LLC,                            :
                                                                       :
                                              Defendants.   :
                                                                       :
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        The Court held a telephonic conference on April 10, 2024. Dkt. No. 6. Counsel for Plaintiff Denisse A. Payano Rosario and Defendant Werner Enterprises Inc. were in attendance.

        As discussed at the conference, Plaintiff's request for leave to file a motion to remand is granted. The deadline for Plaintiff to file and serve her motion to remand is April 24, 2024. Defendant Werner Enterprises Inc.'s opposition is due within 14 days after service of Plaintiff's motion; Plaintiff's reply, if any, is due within 7 days after service of Defendant's opposition. As also discussed at the conference, the Court finds good cause to stay proceedings in this matter pending the resolution of whether the Court has subject matter jurisdiction over this matter.

        The Clerk of Court is directed to note the stay of this case on the docket.

        SO ORDERED.

Dated: April 10, 2024
         New York, New York

                                                        _____
                                                                   GREGORY H. WOODS
                                                                United States District Judge